FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 6 - 2007

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07 - CV - 02330 BNB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

STEVEN D. SIMONS,

    Applicant,

v.

KEVIN MILYARD, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND GRANTING APPLICANT LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

Applicant Steven D. Simons has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a document titled "Motion for Stay to Exhaust State Remedies." As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents submitted are in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee.

It is

    FURTHER ORDERED that process shall not issue until further order of the court.

    DATED at Denver, Colorado, this 5th day of November, 2007.

                  BY THE COURT:

                    /s/ Boyd Boland
                    BOYD N. BOLAND
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-CV-02330

Steven D. Simons
Prisoner No. 50293
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER and a receipt for the full $5.00 filing fee** to the above-named individuals on _11-6-07_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk