IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02330-BNB

STEVEN D. SIMONS,

    Applicant,

v.

KEVIN MILYARD, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 4 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion for Stay to Exhaust State Remedies" filed on November 6, 2007. Mr. Simons seeks an order staying the instant action so he can exhaust additional claims in a postconviction motion he plans to file in state court. However, he has failed to assert any claims. The motion for stay is DENIED.

Dated: November 14, 2007

---

Copies of this Minute Order mailed on November 14, 2007, to the following:

Steven D. Simons
Prisoner No. 50293
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                          Secretary/Deputy Clerk